FREDERICK REICHERT, Respondent, *v.* CHARLOTTE M. STIL-WELL, as Administratrix of CHARLES A. STILWELL, Deceased, et al., Appellants.

(Submitted November 10, 1902; decided November 18, 1902.)

MOTION to amend remittitur. (See 172 N. Y. 83.)

Motion granted and remittitur to have inserted in it the words " against Charlotte M. Stilwell, as administratrix of the goods, chattels and credits of Charles A. Stilwell, deceased."

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES R. BATT et al., Respondents, *v.* HARVEY C. WEST et al., as Assessors of the Town of Madrid, Appellants.

*People ex rel. Batt* v. *West,* 66 App. Div. 617, affirmed.
(Argued November 10, 1902; decided November 25, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 20, 1901, which affirmed an order of Special Term reducing an assessment upon the real property of the relator.

*Vasco P. Abbott* and *F. J. Merriman* for appellants.

*John P. Badger* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and CULLEN, JJ.